

United States Department of State

*Washington, D.C. 20520*

**June 21, 2017**

**CERTIFICATION FOR THE MARITIME DRUG LAW ENFORCEMENT ACT CASE INVOLVING GO FAST VESSEL UNKNOWN (WITHOUT NATIONALITY) FEDERAL DRUG IDENTIFICATION NUMBER (FDIN) – 2017872522**

I, Commander Francis J. DelRosso, USCG, declare as follows:

1. That I have been assigned as the Coast Guard Liaison Officer to the Bureau of International Narcotics and Law Enforcement Affairs, U.S. Department of State, since July 13, 2016.

2. That in my official capacity, I have been designated by the Secretary of State, through the Assistant Secretary of State for International Narcotics and Law Enforcement Affairs, to make certifications under 46 U.S.C. §§ 70502(c)(2) & (d)(2) and 18 U.S.C. § 2237(d).

3. That I make the following statements based upon my personal knowledge and upon information furnished to me in the course of my official duties.

4. I certify the following:

   a. On April 21, 2017, United States law enforcement personnel detected a go fast vessel in approximate position 13-53N, 071-48W, seaward of the territorial sea of any State. United States law enforcement personnel reasonably suspected the vessel of illicit drug trafficking. United States law enforcement officials conducted right-of-approach questioning, during which the master made a verbal claim of Colombian nationality for the vessel.

   b. On April 21, 2017, pursuant to paragraph 7 of the Agreement between the Government of the United States of America and the Government of the Republic of Colombia to Suppress Illicit Traffic by Sea, the Government of the United States requested that the Government of the Republic of Colombia confirm or deny the vessel's registry and, if confirmed, grant authorization to board and search the vessel.

   c. On April 21, 2017, the Government of the Republic of Colombia replied that it could neither confirm nor refute the vessel's registry or nationality.

   d. Accordingly, the Government of the United States determined the vessel was without nationality in accordance with 46 U.S.C. § 70502(d)(1)(C), rendering the vessel subject to the jurisdiction of the United States, pursuant to 46 U.S.C. § 70502(c)(1)(A).

17040162-11

# United States of America



## DEPARTMENT OF STATE

*To all to whom these presents shall come, Greetings:*

I certify That Francis J. DelRosso, whose name is subscribed to the document hereunto annexed, was at the time of subscribing the same Commander, Coast Guard, Maritime Law Enforcement Office, Liaison Officer, Bureau of International Narcotics and Law Enforcement Affairs, Department of State, United States of America, and that full faith and credit are due to his acts as such.

*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, Rex W. Tillerson, Secretary of State, have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this twenty-first day of June, 2017.



Issued pursuant to CHXIV, of
Sept 1789. 1 Stat. 68, 2
USC 22USC 2651a:
301 SC 1733 et. seq.:
144 ULE 44 Federal R
Civil Procedure.

_____ Secretary of State

By _____
Assistant Authentication Officer,
Department of State

e. During the course of the law enforcement boarding, United States law enforcement officials recovered 14 bales, approximately 330 kilograms, of contraband, which tested positive as cocaine.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 21, 2017.

*[signature]*

Francis J. DelRosso
Commander, U. S. Coast Guard
Maritime Law Enforcement Officer
U. S. Coast Guard Liaison Officer to the Bureau of
International Narcotics and Law Enforcement Affairs
U. S. Department of State