# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

CASE No. 8:17-cr-201-JDW-AEP                    DATE: OCTOBER 25, 2021

## HONORABLE THOMAS G. WILSON

| | |
|---|---|
| UNITED STATES OF AMERICA | AUSA DAVID PARDO |
| -v- | |
| JAVIER VELASQUEZ | CJA RICK TERRANA |

| | |
|---|---|
| DEPUTY CLERK: DAWN M. SAUCIER | TIME: 2:59-3:12 (13 min.) |
| VIA ZOOM VIDEOCONFERENCE | DIGITAL RECORDING |
| INTERPRETER: JAMES PLUNKETT/SPANISH | COURT REPORTER: N/A |

### PROCEEDINGS: ARRAIGNMENT/INITIAL APPEARANCE

__X__ Interpreter sworn

__X__ Defendant consents to appear by videoconference

__X__ Defendant read INDICTMENT

__X__ Court reviews government's obligations under Brady v. Maryland

__X__ Financial information verified

__X__ CJA counsel appointed for all purposes, including trial

__X__ Court advises defendant of Rule 5 rights and charges

__X__ Defendant waives formal reading of indictment

__X__ Defendant pleads not guilty to all counts

__X__ Parties request to participate in Rule 16 discovery

__X__ Trial set for December 2021 trial term commencing December 6, 2021, before Judge James D. Whittemore

__X__ Status conference set for November 4, 2021, at 1:30 p.m., before Judge Whittemore

__X__ Pretrial discovery order to be entered by Judge Porcelli

__X__    Bond/Detention:

        Government: Requests detention; presumption applies; ICE detainer.

        Defendants: Reserves on the matter of bond.

        Court: Defendant to be detained on the basis of the presumption but reserving to the defendant the right to have the matter of bail reconsidered on the filing of an appropriate motion.

__X__    Defendant continued in custody of U.S. Marshal.