UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE No. 8:17-cr-201-JDW-AEP

JAVIER VELASQUEZ

_____

## ORDER OF DETENTION

THIS CAUSE came on to be heard at the time of the defendant's initial appearance. For the following reasons, the defendant should be detained without bail.

The defendant has been charged with conspiracy to distribute five kilograms or more of cocaine while aboard a vessel and possession with intent to distribute a controlled substance. Because the penalty for these offenses exceeds ten years, there is a rebuttable presumption that no condition of release, or combination of conditions of release, will reasonably assure the appearance of the defendant, or the safety of the community, if the court finds probable cause to believe that the offense has been committed. 18 U.S.C. 3142(e). By virtue of the indictment filed in this case, probable cause has

been established to believe that the defendant committed the alleged offenses. Accordingly, there is a rebuttable presumption that no condition of release will reasonably assure the appearance of the defendant or the safety of the community. The defendant did not challenge the request for detention at this time but requested, and was granted, the right to seek reconsideration upon the filing of an appropriate motion.

It is, therefore, upon consideration,

ORDERED:

1. That defendant JAVIER VELASQUEZ shall be DETAINED without bail.

2. That the defendant is hereby COMMITTED to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

3. That the defendant shall be afforded reasonable opportunity for private consultation with counsel.

4. That the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to the United States

Marshal for the purpose of appearing in court.

DONE and ORDERED at Tampa, Florida, this 25th day of October, 2021.

*Thomas G. Wilson*
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE