# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.:** 8:17-cr-201-JDW-AEP | **DATE:** November 4, 2021 |
| **HONORABLE JAMES D. WHITTEMORE** | **INTERPRETER:** N/A |
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **JAVIER VELASQUEZ (4)** | **GOVERNMENT'S COUNSEL:** <br> Joseph K. Ruddy, AUSA <br><br> **DEFENDANT'S COUNSEL:** <br> Richard D. Terrana, CJA |
| **COURT REPORTER:** Rebekah Lockwood | **COURTROOM:** 7A |
| **TIME:** 3:54 P.M. – 3:58 P.M. | **TOTAL:** 4 Minutes |
| **DEPUTY CLERK:** Charmaine A. Black | |

**PROCEEDING: STATUS CONFERENCE**

This defendant was arrested on October 22, 2021.

All discovery has been provided.

Estimated length of trial: 3-4 days.

The case will remain on the docket subject to any motions.