# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

## CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.:** 8:17-cr-201-JDW-AEP | **DATE:** April 25, 2022 |
| **HONORABLE JAMES D. WHITTEMORE** | **INTERPRETER:** Gabrielle Loncar |
| | **LANGUAGE:** Spanish |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JAVIER VELASQUEZ** | **GOVERNMENT'S COUNSEL:**<br>David J. Pardo, DOJ-USAO<br><br>**DEFENDANT'S COUNSEL:**<br>Richard D. Terrana, CJA |
| **COURT REPORTER:** Sharon A. Miller | **PROBATION:** Daia Jung |
| **TIME:** 11:14 A.M. – 11:41 A.M. | **TOTAL:** 27 Minutes |
| **DEPUTY CLERK:** Charmaine A. Black | **COURTROOM:** 10B |

**PROCEEDING: CRIMINAL MINUTES – SENTENCING REFORM ACT MINUTES**

Court in session.

All parties are present in the courtroom and identified for the record.

The interpreter is sworn.

The defendant pled guilty to Count One of the Indictment.

The guilty plea has been accepted and the Court has adjudicated the defendant guilty of that offense.

The Government's motion for the additional level for acceptance of responsibility is GRANTED.

Defense counsel addresses the Court.

Probation Officer Jung addresses the Court.

Government's counsel addresses the Court.

For the reasons set forth on the record, the defendant's minor role objection is overruled.

The defendant addresses the Court.

Defense counsel addresses the Court.

Government's counsel addresses the Court.

For the reasons articulated on the record, the Court varies downward and sentences the defendant as follows:

> Imprisonment: 96 months, with credit for the time the defendant has been in federal and Columbian custody since November 12, 2019.
>
> Supervised Release: 5 years [60 months].
>
> Mandatory and standard terms and conditions apply.
>
> Additional condition:
>
> - If the defendant is deported, he shall not re-enter the United States without the express permission of the United States Government.
>
> Fine is waived.
>
> Special Assessment: $100.00 to be paid immediately.

Count Two of the Indictment is dismissed as to this defendant on motion of the United States.

The Court makes the following recommendations to the Bureau of Prisons:

- Designation at Fort Dix Federal Correctional Institution in New Jersey; and

- The defendant has been paroled into the United States involuntarily to face prosecution, therefore, he should be entitled to participate in the same programs available to anyone else who is in the United States legally, particularly vocational training.

The defendant is advised of his right to appeal and to counsel on appeal.

The defendant is remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

**GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING:**
*Before any departures and/or variances*

| | |
|---|---|
| Total Offense Level | 31 |
| Criminal History Category: | I |
| Imprisonment Range | 108 months - 135 months |
| Supervised Release Range | 2 years - 5 years |
| Restitution: | N/A |
| Fine Range | $30,000 - $10,000,000 |
| Special Assessment | $100.00 |